O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation, | ) ) ) | Case No. EDCV 11-01792VAP(SPx) |
| | ) | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** |
| Plaintiff, | ) ) | |
| v. | ) ) | **[Motion filed on January 26, 2012]** |
| RAMADA PALM SPRINGS, an entity of unknown form | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On November 9, 2011, Plaintiff American Automobile Association, Inc. ("AAA") filed a Complaint (Doc. No. 1) alleging Defendant Ramada Palm Springs displays, and has been displaying, AAA's marks without AAA's authorization (e.g., representing its facilities as "AAA Approved"). Plaintiff brought claims under federal law for: (1) federal service mark infringement; (2) unfair competition by false designation of origin, and; (3) trade name or service mark dilution. Plaintiff brought additional claims under California law for: (4) injury to business reputation and dilution; (5) unfair and deceptive trade

1   practices, and; (6) common law trade name and trademark

2   infringement, and unfair competition.

3

4       Defendant filed no timely response to Plaintiff's

5   Complaint.  Accordingly, the Clerk entered a Default

6   (Doc. No. 10) against Defendant on December 20, 2011.  On

7   January 26, 2012, Plaintiff filed an Application for

8   Default Judgment (Doc. No. 16), supported by the

9   Declaration of Zack Broslavsky (Doc. No. 17), Plaintiff's

10  counsel.

11

12      The Court GRANTS Plaintiff's application.  Pursuant

13  to the Judgment accompanying this Order, Defendant shall

14  be enjoined from displaying Plaintiff's marks; shall

15  deliver to Plaintiff's counsel any items in Defendant's

16  possession or control incorporating Plaintiff's marks;

17  shall cause Plaintiff's marks to be removed from any

18  directory or website using Plaintiff's marks in

19  association with Defendant's business, and; within 30

20  days, shall file with the Clerk and serve on Plaintiff's

21  counsel a written report, under oath, indicating in

22  detail the manner in which Plaintiff has complied with

23

24

25

26

27

28

1  the Court's Judgment.  The Court VACATES the February 27,
2  2012, hearing on Plaintiff's Application.
3
4
5
6
7
8
9  Dated: <u>February 27, 2012</u>
10                                          VIRGINIA A. PHILLIPS
                                          United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28